**Appeal dismissed and Opinion Filed February 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01613-CR

### DORA MARIA CRESS, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-00937-S**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Justice Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion to dismiss and **ORDERS** the appeal **DISMISSED** and that this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
121613F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

DORA MARIA CRESS, Appellant

No. 05-12-01613-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F10-00937-S.
Opinion delivered by Justice Evans.  Chief Justice Wright and Justice Myers participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 6th day of February, 2013.

/David W. Evans/
DAVID W. EVANS
JUSTICE